B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Delaware | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Latino Interactive Network, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**MIO TV** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **56-2652206** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**440 Ninth Avenue, 17th Floor**<br>**New York, NY**　　　　ZIP CODE **10001** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Broadmoor Partners**<br>**10895 Lowell Ave., Suite 102**<br>**Overland Park, KS**　　　ZIP CODE **66210** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>　　　　　　　　　　　　　　　　　　　ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7　　☐ Chapter 15 Petition for<br>☐ Chapter 9　　　　Recognition of a Foreign<br>☐ Chapter 11　　　　Main Proceeding<br>☐ Chapter 12　　☐ Chapter 15 Petition for<br>☐ Chapter 13　　　　Recognition of a Foreign<br>　　　　　　　　　　Nonmain Proceeding |

Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."　　☑ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

### Statistical/Administrative Information

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,000 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Latino Interactive Network, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | **X  Not Applicable**<br>Signature of Attorney for Debtor(s)            Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Latino Interative Network, Inc. |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
　　Signature of Debtor

X **Not Applicable**
　　Signature of Joint Debtor

　　Telephone Number (if not represented by attorney)

　　Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐　I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐　Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable** .
　(Signature of Foreign Representative)

　(Printed Name of Foreign Representative)

　Date

---

X **[signature]** Signature of Attorney

Signature of Attorney for Debtor(s)

**Charles J. Brown  Bar No. CB3368**
Printed Name of Attorney for Debtor(s) / Bar No.

**Archer & Greiner, PC**
Firm Name

**300 Delaware Ave., Suite 1370 Wilmington, DE 19801**
Address

**302.777.4350**　　　　　　　**302.777.4352**
Telephone Number

Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

| Signature of Debtor (Corporation/Partnership) |
|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **[signature]**
Signature of Authorized Individual

**Robert Kupka**
Printed Name of Authorized Individual

**Director**
Title of Authorized Individual

**09-11-2009**
Date

| Signature of Non-Attorney Petition Preparer |
|---|

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## RESOLUTION OF LATINO INTERACTIVE NETWORK, INC. AUTHORIZING THE FILING OF A PETITION IN BANKRUPTCY

Following a special meeting of the Board of Latino Interactive Network, Inc., a Delaware corporation (the "Corporation"), having been duly called or a waiver of such requisite notice having been presented, and the meeting being duly convened, and a majority of the Directors in office present and constituting a quorum for the transaction of business, the Board adopted the foregoing resolution:

WHEREAS, Latino Interactive Network, Inc. is a corporation organized and existing under the laws of the State of Delaware;

WHEREAS, the Corporation has deemed it necessary, advisable, and required, due to the Corporation's inability to pay its debts as they mature, for the Corporation to proceed to seek relief under Chapter 7 of Title 11 of the United States Code;

NOW, THEREFORE, BE IT RESOLVED that it is in the best interest of the Corporation, its shareholders, directors, employees and officers and other individuals interested in the Corporation to obtain federal bankruptcy protection under Title 11 of the United States Code; and it is

FURTHER RESOLVED that Robert Kupka, a Director of the Corporation and its Acting Secretary (the "Designated Officer"), be and hereby is authorized and directed, on behalf of the Corporation, to execute and file a Petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, at such time as the Designated Officer shall determine; and it is

FURTHER RESOLVED that the Designated Officer or his authorized designee shall be and hereby is authorized to execute and file all petitions, schedules, statements of financial

affairs, and any other writings, pleadings, motions and otherwise to take any and all action as he or his authorized designee shall deem necessary and proper in connection with the proceedings under Chapter 7, and that in connection therewith the Corporation is authorized to retain and employ the law firm of Archer & Greiner, A Professional Corporation, as legal counsel for the Corporation, and in conjunction with the bankruptcy to retain and employ the assistance of any other professionals which he or his authorized designee deems necessary or proper in connection with such proceedings; and it is

FURTHER RESOLVED that the execution by any officer of the Corporation of the petition, schedules, plan or arrangement or other writing or pleading shall be conclusive evidence of the approval of such officer, the Board of Directors, and of the Corporation.

LATINO INTERACTIVE NETWORK, INC.

Dated: 9/11/04

By: _____
Name: Steven Lord
Title: Chairman of the Board of Directors

4918904v1

2

## United States Bankruptcy Court

## District of Delaware

In re **Latino Interative Network, Inc.**

Debtor

Case No. _____

Chapter **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 160,585.43 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 50,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 102,936.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 10 | | $ 1,357,580.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| **TOTAL** | | 20 | $ 160,585.43 | $ 1,510,516.00 | |

In re: __Latino Interative Network, Inc.__ ,      Case No. _____
                      Debtor                                                       (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | Total ➢ | 0.00 | |
| | | | (Report also on Summary of Schedules.) | |

In re   Latino Interative Network, Inc.                                   Case No. _____
                        Debtor                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit AT&T** | | 1,501.93 |
| Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit Los Angeles** | | 120,568.50 |
| Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit New York** | | 34,600.00 |
| Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit Sea Castle** | | 3,915.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

In re   <u>Latino Interative Network, Inc.</u>               ,      Case No. _____

                                 **Debtor**                                 **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See Schedule B-1 attached | | unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | See Schedule B-2 Attached | | unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | See Schedule B-3 Attached | | unknown |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

In re __Latino Interative Network, Inc._____,

**Debtor**

Case No. _____

(If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | _2_ continuation sheets attached | Total > | **$ 160,585.43** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**LATINO INTERACTIVE NETWORK, INC**
**SCHEDULE B-1**

DIGITAL PLATFORM

- www.mio.tv
- Proprietary video player
- Content management system
- mioVIP.tv (Brand Ambassador platform)
- Mobile WAP

<u>ORIGINAL CONTENT</u>

- Camera Café
- Juicy Scoop
- Reverb
- Who are They Now
- Sangria Street (not produced; own global rights)
- Sofia's Diary (not produced; own U.S. rights)
- MotorGuru
- Gomaespuma
- Agrasanchez Films
- Hot Tamales

<u>LICENSED CONTENT</u>

- Real Madrid
- Premier League
- BBC
- Es Musica
- Gener8
- ABC Australia
- Comedy Time
- Red Bull Air Races
- Manchester United
- Butaca (2,000 classic films)

# CONTENT SUMMARY

| Original Productions | # of episodes | Acquired Productions | Provider | # of episodes |
|---|---|---|---|---|
| Juicy Scoop | 42 | Gomaespumenglish | Gomaespuma | 12 |
| Juicy Scoop Movies | 52 | Glamour Girls | RDF | 7 |
| Who Are They Now? | 16 | Banzai | RDF | 8 |
| Glam Report | 3 | Shipwrecked | RDF | 17 |
| Mio Racing | 12 | Wife Swap/Wife Swap UK | RDF | 68 |
| Tamale Zone | 5 | Faking It | RDF | 21 |
| Reverb | 70 | Mission Beach USA | RDF | 8 |
| Music Blender | 3 | HorrorScopes | Cilantro Animation | 15 |
| Sports Expresso | 3 | The Edge | Genr8 | 11 |
| Livin' La Vida Verde | 1 | Chic | Genr8 | 14 |
| Camera Café | 23 | Eagle & Evans | ABC Australia | 20 |
| | | Mob Downunder | ABC Australia | 25 |
| | | Headline Celebrity News | Genr8 | 5 |
| | | Good Riddance | ABC Australia | 5 |
| | | Summer Days | Genr8 | 5 |
| | | Invent | Genr8 | 6 |
| | | Head Case | ITV | 4 |
| | | Pit Stop | Genr8 | 6 |
| | | Stars | Genr8 | 28 |
| | | Starstruck Classic Collection | Genr8 | 6 |
| | | Es Musica | GOTV Networks | 50 |
| | | Hip Hop Official | GOTV Networks | 50 |
| | | Air Races | Red Bull | 6 |
| | | Premier League | Premier Cup | 29 |
| | | MotorGuru | MotorGuru | 14 |
| | | Errorism | ABC Australia | 6 |
| | | Bang the Cat | ABC Australia | 23 |
| | | Nuts | Genr8 | 10 |
| | | Ultimate Gadgets | Genr8 | 1 |
| | | Flying Through Time | Genr8 | 1 |
| | | Trigger Happy TV | C4 | 3 |
| | | Pennyweight | Newborn Pictures | 6 |

In re  Latino Interative Network, Inc.                                    ,        Case No. _____
                                                                                              (If known)
                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐       Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Broadmoor Capital Partners LLC**<br>**10895 Lowell Ave., Suite 102**<br>**Overland Park, KS  66210** | | | **06/03/2009**<br>**Statutory Lien**<br>**Blanket Lien on all assets**<br><br>VALUE $50,000.00 | | | | 50,000.00 | 0.00 |

<u>0</u>       continuation sheets
         attached

Subtotal  ➢
(Total of this page)

$      50,000.00  $           0.00

Total  ➢
(Use only on last page)

$      50,000.00  $           0.00

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re    <u>Latino Interative Network, Inc.</u>                                    Case No. _____
                          Debtor                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2  continuation sheets attached**

In re   Latino Interative Network, Inc.                          Case No. _____
                        Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Daisy Matias<br>334 Ogden Ave., Apt. 26<br>Jersey City, NJ  07307 | | | Wages | | | | 2,710.00 | 2,710.00 | $0.00 |
| ACCOUNT NO.<br>Jenny Alonzo<br>212-03 50th Ave.<br>Bayside Hills, NY  11364 | | | Wages | | | | 12,500.00 | 12,500.00 | $0.00 |
| ACCOUNT NO.<br>Micah Silverman<br>45 Thorney Ave.<br>Huntington Station, NY  11746 | | | Wages | | | | 28,340.00 | 28,340.00 | $0.00 |
| ACCOUNT NO.<br>Moses Frenck<br>274 Fountayne Lane<br>Lawrence Twp., NJ  08648 | | | Wages | | | | 12,500.00 | 12,500.00 | $0.00 |
| ACCOUNT NO.<br>Peggy Bautista<br>252-23 Thornhill<br>Little Neck, NY  11362 | | | Wages | | | | 9,793.00 | 9,793.00 | $0.00 |

Sheet no.  1  of  2  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)            $   65,843.00    $   65,843.00   $       0.00

Total  ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)                      $

Total  ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )                                   $               $

In re   Latino Interative Network, Inc.                                   Case No. _____
                                                                                              (If known)
_____
          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority:  **Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Steven Goldstein**<br>**2 Valley View Dr.**<br>**Woodcliff, NJ  07677**<br><br>**John T. Morin, Esquire**<br>**Wormser, Kiely, Galef & Jacobs LLP**<br>**825 Third Ave.**<br>**New York, NY  10022-7519** | | | **Wages** | | | | 37,093.00 | 37,093.00 | $0.00 |

Sheet no.  2  of  2  continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▷<br>(Totals of this page) | $   37,093.00 | $   37,093.00 | $   0.00 |
| Total   ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $   102,936.00 | | |
| Total   ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $   102,936.00 | $   0.00 |

In re    Latino Interative Network, Inc.                    Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**151 Ventures, LLC**<br>**1230 Avenue of the Americas, 7th Fl**<br>**New York, NY  10020** | | | trade debt | | | | **16,000.00** |
| ACCOUNT NO.<br><br>**Alain Revah**<br>**24 Avenue Hoche**<br>**Paris, France 75008** | | | trade debt | | | | **13,000.00** |
| ACCOUNT NO.<br><br>**Applause Printing & Graphics, Ltd.**<br>**22-19 41st Ave.**<br>**LIC, NY  11101** | | | trade debt | | | | **4,920.00** |
| ACCOUNT NO.<br><br>**April Levins** | | | trade debt | | | | **2,225.00** |
| ACCOUNT NO.<br><br>**Bonnie Rodezno**<br>**6457 Deep Dell Place**<br>**Los Angeles, CA  90068** | | | trade debt | | | | **1,421.00** |

9   Continuation sheets attached

Subtotal  >  $    37,566.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re   Latino Interative Network, Inc.                              Case No. _____
                                              Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BridgerConway LLC <br> 1111 Lincoln Road, Suite 802 <br> Miami Beach, FL 33139 | | | trade debt | | | | 80,224.00 |
| ACCOUNT NO. <br><br> Brightcove <br> One Cambridge Center <br> Cambridge, MA 02142 | | | trade debt | | | | 70,000.00 |
| ACCOUNT NO. <br><br> CALT Distribution <br> 87/86 rue Thiers, 92100 <br> Boulogne-Ballincourt FRANCE | | | trade debt | | | | 25,000.00 |
| ACCOUNT NO. <br><br> Challenge Entertainment <br> 2021 Whitely Terrace Steps <br> Los Angeles, CA 90068 | | | trade debt | | | | 41,099.00 |
| ACCOUNT NO. <br><br> ComedyTime TV <br> 100 W. Broadway, Suite 1290 <br> Glendale, CA 91210 | | | trade debt | | | | 4,000.00 |

Sheet no. _1_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ $                220,323.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Latino Interative Network, Inc.</u>                   Case No. _____
                     Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**comScore**<br>**5 Penn Plaza, 2nd Floor**<br>**New York, NY 10001** | | | trade debt | | | | 7,000.00 |
| ACCOUNT NO.<br><br>**Corbel Consulting**<br>**5745 Columbus Ave.**<br>**Van Nuys, CA 91411** | | | trade debt | | | | 900.00 |
| ACCOUNT NO.<br><br>**Dan Hodges**<br>**37 Azalea Trail**<br>**Westfield, NJ 07090** | | | trade debt | | | | 5,000.00 |
| ACCOUNT NO.<br><br>**Del, Shaw, Moonves, Tanaka Finkelstein & Lezcano**<br>**2120 Colorado Ave., Suite 200**<br>**Santa Monica, CA 90212** | | | legal fees | | | | 17,500.00 |
| ACCOUNT NO.<br><br>**DoyleMiller**<br>**9454 Wilshire Blvd., Suite 802**<br>**Beverly Hills, CA 90212** | | | trade debt | | | | 15,652.00 |

Sheet no. <u>2</u> of <u>9</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $        46,052.00

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  <u>Latino Interative Network, Inc.</u>                    Case No. _____
                        Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> El Diario <br> 1 Metrotech Center, 18th Floor <br> Brooklyn, NY  11201 | | | trade debt | | | | 1,000.00 |
| ACCOUNT NO. <br><br> Emerge NYC, LLC <br> PO Box 14057A <br> Newark, NJ  07198 | | | NY Rent | | | | 95,000.00 |
| ACCOUNT NO. <br><br> Epicenter Ventures, LLC <br> 5800 Sunset Blvd. <br> Building 10, 2nd Floor <br> Hollywood, CA  90028 | | | trade debt | | | | 170,000.00 |
| ACCOUNT NO. <br><br> Filcro <br> 521 Fifth Ave., Suite 1801 <br> New York, NY  10175 | | | trade debt | | | | 136,567.00 |
| ACCOUNT NO. <br><br> Future Circus, Inc. <br> 2315 2nd Street, Suite D <br> Santa Monica, CA  90405 | | | trade debt | | | | 2,520.00 |

Sheet no. <u>3</u> of <u>9</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $            405,087.00

Total  >  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  <u>Latino Interative Network, Inc.</u>
          **Debtor**

Case No. _____
                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Gary Markowitz**<br>**485 18th St., Apt. 2B**<br>**New York, NY 10011** | | | trade debt | | | | 10,800.00 |
| ACCOUNT NO.<br><br>**Gonzalo Ferradas** | | | trade debt | | | | 6,730.00 |
| ACCOUNT NO.<br><br>**GoTV Networks, Inc.**<br>**14144 Ventura Blvd., Suite 300**<br>**Sherman Oaks, CA 91423** | | | trade debt | | | | 18,000.00 |
| ACCOUNT NO.<br><br>**Hanimax Properties, LLC**<br>**19901 Northridge Road**<br>**Chatsworth, CA 91311** | | | LA Rent | | | | 208,000.00 |
| ACCOUNT NO.<br><br>**Iguane Studio**<br>**41 rue Boissy d'Anglas 75008**<br>**Paris, FRANCE** | | | trade debt | | | | 36,100.00 |

Sheet no. <u>4</u> of <u>9</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $        279,630.00

Total  >  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  Latino Interative Network, Inc.                                    Case No. _____
                                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Impetus | | | trade debt | | | | 50,000.00 |
| ACCOUNT NO.  Intellepeer | | | trade debt | | | | 2,014.00 |
| ACCOUNT NO.  Isa Markevitz 529 W. 48th St., Apt. 5 New York, NY  10036 | | | trade debt | | | | 5,420.00 |
| ACCOUNT NO.  Joanne Mule 744 First Street Middletown, NJ  07748 | | | trade debt | | | | 2,025.00 |
| ACCOUNT NO.  Josh Rachbach | | | trade debt | | | | 4,900.00 |

Sheet no. _5_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                        Subtotal  >  $        64,359.00

                                                        Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Latino Interative Network, Inc.</u>          Case No. _____
                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Kiki Melendez** | | | trade debt | | | | 3,500.00 |
| ACCOUNT NO. **KIT Digital, Inc.** 168 Fifth Ave., Suite 301 New York, NY 10010 | | | trade debt | | | | 25,300.00 |
| ACCOUNT NO. **Maribel LaLuz** | | | trade debt | | | | 1,800.00 |
| ACCOUNT NO. **Mark Mitchell** 30 Clinton St., Apt 2-E Brooklyn, NY 11201 | | | trade debt | | | | 3,000.00 |
| ACCOUNT NO. **MC Serch** | | | trade debt | | | | 11,500.00 |

Sheet no. <u>6</u> of <u>9</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $            45,100.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Latino Interative Network, Inc.</u>                          Case No. _____
               **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Michael Scanlon**<br>**248 W. 64th St., Apt. BB**<br>**New York, NY 10023** | | | trade debt | | | | 350.00 |
| ACCOUNT NO. <br><br>**NaviSite**<br>**400 Minuteman Road**<br>**Andover, MA 01810** | | | trade debt | | | | 42,190.00 |
| ACCOUNT NO. <br><br>**Outsourced Ad Ops, LLC**<br>**400 East 66th St., Suite 22C**<br>**New York, NY 10065** | | | trade debt | | | | 25,000.00 |
| ACCOUNT NO. <br><br>**Philip Sternberg** | | | trade debt | | | | 8,750.00 |
| ACCOUNT NO. <br><br>**QuinnFable**<br>**115 E. 55th St.**<br>**New York, NY 10022** | | | trade debt | | | | 28,515.00 |

Sheet no. <u>7</u> of <u>9</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $      104,805.00

Total ▸ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re   <u>Latino Interative Network, Inc.</u>                 Case No. _____

                           **Debtor**                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Reed Smith**<br>**599 Lexington Ave.**<br>**New York, NY 10022** | | | legal fees | | | | 29,770.00 |
| ACCOUNT NO. <br><br>**Rick Najera** | | | trade debt | | | | 3,500.00 |
| ACCOUNT NO. <br><br>**Sharleen Smith** | | | trade debt | | | | 12,500.00 |
| ACCOUNT NO. <br><br>**SomosArte LLC**<br>**280 Grand Street, 2nd Floor**<br>**Brooklyn, NY 11211** | | | trade debt | | | | 1,084.00 |
| ACCOUNT NO. <br><br>**SomosArte LLC**<br>**280 Grand St., 2nd Floor**<br>**Brooklyn, NY 11211** | | | trade debt | | | | 1,084.00 |

Sheet no. <u>8</u> of <u>9</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                   Subtotal ➤ $          **47,938.00**

                                     Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re    <u>Latino Interative Network, Inc.</u>                                    Case No. _____
                                 **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Willie Arredondo** <br> **102 Bradhurst Ave., Apt 106** <br> **New York, NY  10039** | | | trade debt | | | | 7,750.00 |
| ACCOUNT NO. <br><br> **Wixi, Inc.** <br> **41 East 11th Street, 11th Floor** <br> **New York, NY  10002** | | | trade debt | | | | 70,000.00 |
| ACCOUNT NO. <br><br> **Wolcott Architects** <br> **3859 Cardiff Ave.** <br> **Culver City, CA  90232** | | | trade debt | | | | 13,970.00 |
| ACCOUNT NO. <br><br> **YouCast Corporation** <br> **611 Broadway, Suite 819** <br> **New York, NY  10012** | | | trade debt | | | | 15,000.00 |

Sheet no.  <u>9</u> of <u>9</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $           106,720.00

Total  ➤  $        1,357,580.00

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re: <u>Latino Interative Network, Inc.</u> ,         Case No. _____
                         Debtor                                         (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Hanimax Properties, LLC**<br>**19901 Northridge Road**<br>**Chatsworth, CA 91311** | **Non-residential lease on property located at 916 Main St.,**<br>**Venice, CA**<br>**Expires 1/31/14** |
| **Steven Goldstein**<br>**2 Valley View Drive**<br>**Woodcliff Lake, NJ 07677** | **Employment Agreement dated 4/20/09** |

In re: **Latino Interative Network, Inc.**                    Case No. _____

_____,                              **(if known)**
                    **Debtor**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re  __Latino Interative Network, Inc.__                              Case No. _____
                          Debtor                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### (NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Robert Kupka**, the **Director** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __21_____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __09-18 2009__                    Signature: _____

                                                      __Robert Kupka Director_____
                                                      [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# United States Bankruptcy Court
## District of Delaware

In re:   Latino Interative Network, Inc.                    Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Black Creek Capital**<br>**10895 Lowell Avenue, Suite 102**<br>**Overland Park, KS  66210** | common | 1,178,286 | common |
| **Carlos Conde**<br>**1A Sherbrooke Road**<br>**Scarsdale, NY  10583** | common | 502,429 | common |
| **Carpino Carthesio SA**<br>**Attn:  Mr. Massimo Biglia**<br>**Via Pelli 13A**<br>**6900 Lugano - Switzerland** | common | 142,857 | common |
| **Dan Watkins**<br>**CEO North America**<br>**Fidessa LatentZero**<br>**160 Federal Street**<br>**Boston, MA  02110** | common | 178,571 | common |
| **David Wellisch** | common | 10,000 | common |
| **Guillermo Gomez**<br>**C/ Iquitos, 73**<br>**Madrid, Spain  28027** | common | 210,000 | common |
| **Jeffrey Felman** | common | 18,929 | common |
| **Jenny Alonzo**<br>**212-03 50th Ave.**<br>**Bayside Hills, NY  11364** | common | 100,000 | common |
| **Jesus Garcia Ciordia** | common | 200,000 | common |
| **Jorge Pinto**<br>**151 E. 58th St.**<br>**New York, NY  10022** | common | 14,286 | common |
| **Luis Alvarez**<br>**45 W. 54th St., Apt 6E**<br>**New York, NY  10019** | common | 17,143 | common |
| **Manuel Garcia-Duran**<br>**1080 Madison Ave., Apt 2A**<br>**New York, NY  10028** | common | 350,000 | common |

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

## United States Bankruptcy Court
### District of Delaware

In re: Latino Interative Network, Inc.　　　　　　　　　　Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Marisol Vicens** Headrick Rizik Alvarez & Fernandez Gustavo Mejia Ricart esq. Abraham L Torre Piantini, Piso 6 Santo Domingo, Republica Dominicana | common | 7,143 | common |
| **Moses Frenck** 274 Fountayne Lane Lawrenceville, NJ 08648 | common | 100,000 | common |
| **Ovidio Diaz Espino** #PTY 12904 7979 NW 21st St. Doral, FL 33122 | common | 7,143 | common |
| **Patricia Janiot** 4304 Davidson Ave. Atlanta, GA 30319 | common | 50,000 | common |
| **Richard Ronder** 6 Captain's Walk Lane Marblehead, MA 01945 | common | 20,000 | common |
| **Robert Fata** 360 W. 125th Street Doral, FL 33122 | common | 17,857 | common |
| **ViaNet Capital** Talbert Navia Chadbourne & Parke LLP 30 Rockefeller Plaza New York, NY 10112 | common | 80,000 | common |
| **Zeke Montes** | common | 10,000 | common |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Robert Kupka, Director of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: _09-11-2009_　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Robert Kupka , Director
　　　　　　　　　　　　　　　　　　　Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re: **Latino Interative Network, Inc.**　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　(If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT　　　　　　　　SOURCE　　　　　　　　　　　　FISCAL YEAR PERIOD

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT　　　　　　　SOURCE　　　　　　　　　　　　　　　FISCAL YEAR PERIOD

### 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Heranandez v. Latino Interactive Network, Inc. BC402848 | Suit for stock shares | Central District of CA | pending |
| Escavarino v. Latino Interactive Network, Inc. 0803354, Division 9 | Suit for unpaid wages/stock | Broward Circuit Court | pending |
| Comscore Networks, Inc. v. Latino Interactive Network, Inc. 15097/08 | Suit for unpaid monies | NY Supreme Court Monroe County | transferred to NY County - no new number |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

## 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Childrens Hospital** | **None** | **04/29/2009** | **$1000 check** |

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase**<br>**1166 Ave. of the Americas**<br>**20th Floor**<br>**New York, NY 10036** | **Checking Account No. xxx6948**<br>**Final Balance $0.00** | **8/10/09** |
| **Chase**<br>**1166 Ave. of the Americas**<br>**20th Floor**<br>**New York, NY 10036** | **Payroll Account No. xxx6955**<br>**Final Balance $0.00** | **6/30/09** |
| **Chase**<br>**1166 Ave. of the Americas**<br>**20th Floor**<br>**New York, NY 10036** | **Savings Acct No. xxx0827**<br>**Final Balance $0.00** | **8/10/09** |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑

a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☑ b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Moses Frenck**<br>**274 Fountayne Lane**<br>**Lawrenceville Twp., NJ  08648** | **8/07 - 8/09** |

None ☑ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Broadmoor Capital Partners** | **10895 Lowell Ave., Suite 102**<br>**Overland Park, KS  66210** |
| **David Kirwan** | **2021 Whitely Terrace Steps**<br>**Los Angeles, CA  90068** |
| **Micah Silverman** | **45 Thorney Ave.**<br>**Huntington Station, NY  11746** |
| **Moses Frenck** | **274 Fountayne Ln.**<br>**Lawrenceville, NJ  08648** |

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None
☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None
☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Black Creek Capital<br>10895 Lowell Ave., Suite 102<br>Overland Park, KS 66210 | Stockholder | 36.7% |
| Brian Weaver<br>10895 Lowell Ave., Suite 102<br>Overland Park, KS 66210 | Director | |
| Carlos Conde<br>1A Sherbrooke Road<br>Scarsdale, NY 10583 | Stockholder | 15.6% |
| Dan Watkins<br>160 Federal St.<br>Boston, MA 02110 | Stockholder | 5.6% |
| Guillermo Gomez<br>C/Iquitos 73<br>Madrid, Spain 28027 | Stockholder | 6.5% |
| Jesus Garcia Ciordia | Stockholder | 6.2% |
| Manuel Garcia-Duran<br>1080 Madison Ave. #2A<br>New York, NY 10028 | Stockholder | 10.9% |
| Mark Embry<br>10895 Lowell Ave., Suite 102<br>Overland Park, KS 66210 | Director | |
| Robert Kupka<br>10895 Lowell Ave., Suite 102<br>Overland Park, KS 66210 | Director | |
| Scott Tucker<br>10895 Lowell Ave., Suite 102<br>Overland Park, KS 66210 | Director | |
| Steven Lord<br>10895 Lowell Ave., Suite 102<br>Overland Park, KS 66210 | Director | |

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Catherin Crier** | **Director** | |
| **Guillermo Gomez**<br>**C/Iquitos 73**<br>**Madrid, Spain 28027** | **Director** | |
| **Jenny Alonzo**<br>**212-03 50th Avenue**<br>**Bayside Hills, NY 11364** | **EVP Marketing** | 08/15/2009 |
| **Jorge Pinto**<br>**151 E. 58th St.**<br>**New York, NY 10022** | **Director** | |
| **Manuel Garcia-Duran**<br>**1080 Madison Ave., #2A**<br>**New York, NY 10028** | **CEO, Director** | 06/02/2009 |
| **Micah Silverman**<br>**45 Thorney Ave.**<br>**Huntington Station, NY 11746** | **EVP Technology** | |
| **Moses Frenck**<br>**274 Fountayne Lane**<br>**Lawrenceville, NJ 08648** | **EVP Business Development** | 07/31/2009 |
| **Scott Seydel** | **Director** | |

## 23. Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| **Jenny Alonzo**<br>**212-03 50th Ave.**<br>**Bayside Hills, NY 11364**<br>   **EVP Marketing** | **Compensation** | **Unknown** |
| **Manuel Garcia-Duran**<br>**1080 Madison Ave., #2A**<br>**New York, NY 10028**<br>   **CEO** | **Compensation** | **unknown** |
| **Micah Silverman**<br>**45 Thorney Avenue**<br>**Huntington Station, NY 11746**<br>   **EVP Technology** | **Compensation** | **Unknown** |
| **Moses Frenck**<br>**274 Fountayne Lane**<br>**Lawrenceville, NJ 08648**<br>   **EVP Bus. Development** | **Compensation** | **Unknown** |

## 24. Tax Consolidation Group.

None ☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None ☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  *09-11-2009*                    Signature

**Robert Kupka, Director**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

# United States Bankruptcy Court
## District of Delaware

In re   Latino Interative Network, Inc.

Debtor.

Case No.

Chapter   **7**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Latino Interative Network, Inc.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

___**X**___ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

| Owner | % of Shares Owned |
|---|---|
| **Black Creek Capital** | **36.7** |
| **10895 Lowell Ave., Suite 102** | |
| **Overland Park, KS  66210** | |

OR,

_____ There are no entities to report.

By: _____

**Charles J. Brown**
Signature of Attorney

Counsel for   **Latino Interative Network, Inc.**
Bar no.:   **CB3368**
Address.:   **Archer & Greiner, PC**
              **300 Delaware Ave., Suite 1370**
              **Wilmington, DE  19801**
Telephone No.: **302.777.4350**
Fax No.:   **302.777.4352**
E-mail address: **cbrown@archerlaw.com**

**UNITED STATES BANKRUPTCY COURT**
**District of Delaware**

In re:   **Latino Interative Network, Inc.**

Case No. _____

Chapter   **7**

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of compensation paid to me was:

☐ Debtor        ☑ Other (specify)   **Black Creek Capital, Carlos Conde and Dan Watkins**

3.  The source of compensation to be paid to me is:

☐ Debtor        ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d)  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e)  [Other provisions as needed]
    **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:
    **None**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 9/11/09

Charles J. Brown, Bar No. CB3368

**Archer & Greiner, PC**
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **Latino Interative Network, inc.**

Case No. _____

Debtor

Chapter _7_ _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 7 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _09-11-2009_

Signed: _____
Robert Kupka

Signed: _____
**Charles J. Brown**
Attorney for Debtor(s)
Bar no.: **CB3368**
**Archer & Greiner, PC**
**300 Delaware Ave., Suite 1370**
**Wilmington, DE 19801**
Telephone No.: **302.777.4350**
Fax No.: **302.777.4352**
E-mail address: **cbrown@archerlaw.com**

151 Ventures, LLC
1230 Avenue of the Americas, 7th Fl
New York, NY  10020


Alain Revah
24 Avenue Hoche
Paris, France 75008


Applause Printing & Graphics, Ltd.
22-19 41st Ave.
LIC, NY  11101


April Levins


Bonnie Rodezno
6457 Deep Dell Place
Los Angeles, CA  90068


BridgerConway LLC
1111 Lincoln Road, Suite 802
Miami Beach, FL  33139


Brightcove
One Cambridge Center
Cambridge, MA  02142


Broadmoor Capital Partners LLC
10895 Lowell Ave., Suite 102
Overland Park, KS  66210


CALT Distribution
87/86 rue Thiers, 92100
Boulogne-Ballincourt FRANCE

Challenge Entertainment
2021 Whitely Terrace Steps
Los Angeles, CA  90068


ComedyTime TV
100 W. Broadway, Suite 1290
Glendale, CA  91210


comScore
5 Penn Plaza, 2nd Floor
New York, NY  10001


Corbel Consulting
5745 Columbus Ave.
Van Nuys, CA  91411


Daisy Matias
334 Ogden Ave., Apt. 26
Jersey City, NJ  07307


Dan Hodges
37 Azalea Trail
Westfield, NJ  07090


Del, Shaw, Moonves, Tanaka
Finkelstein & Lezcano
2120 Colorado Ave., Suite 200
Santa Monica, CA  90212


DoyleMiller
9454 Wilshire Blvd., Suite 802
Beverly Hills, CA  90212


El Diario
1 Metrotech Center, 18th Floor
Brooklyn, NY  11201

Emerge NYC, LLC
PO Box 14057A
Newark, NJ  07198


Epicenter Ventures, LLC
5800 Sunset Blvd.
Building 10, 2nd Floor
Hollywood, CA  90028


Filcro
521 Fifth Ave., Suite 1801
New York, NY  10175


Future Circus, Inc.
2315 2nd Street, Suite D
Santa Monica, CA  90405


Gary Markowitz
485 18th St., Apt. 2B
New York, NY  10011


Gonzalo Ferradas


GoTV Networks, Inc.
14144 Ventura Blvd., Suite 300
Sherman Oaks, CA  91423


Hanimax Properties, LLC
19901 Northridge Road
Chatsworth, CA  91311


Iguane Studio
41 rue Boissy d'Anglas 75008
Paris, FRANCE

Impetus


Intellepeer


Isa Markevitz
529 W. 48th St., Apt. 5
New York, NY  10036


Jenny Alonzo
212-03 50th Ave.
Bayside Hills, NY  11364


Joanne Mule
744 First Street
Middletown, NJ  07748


John T. Morin, Esquire
Wormser, Kiely, Galef & Jacobs LLP
825 Third Ave.
New York, NY  10022-7519


Josh Rachbach


Kiki Melendez


KIT Digital, Inc.
168 Fifth Ave., Suite 301
New York, NY  10010

Maribel LaLuz


Mark Mitchell
30 Clinton St., Apt 2-E
Brooklyn, NY  11201


MC Serch


Micah Silverman
45 Thorney Ave.
Huntington Station, NY  11746


Michael Scanlon
248 W. 64th St., Apt. BB
New York, NY  10023


Moses Frenck
274 Fountayne Lane
Lawrence Twp., NJ  08648


NaviSite
400 Minuteman Road
Andover, MA  01810


Outsourced Ad Ops, LLC
400 East 66th St., Suite 22C
New York, NY  10065


Peggy Bautista
252-23 Thornhill
Little Neck, NY  11362

Philip Sternberg


QuinnFable
115 E. 55th St.
New York, NY  10022


Reed Smith
599 Lexington Ave.
New York, NY  10022


Rick Najera


Sharleen Smith


SomosArte LLC
280 Grand St., 2nd Floor
Brooklyn, NY  11211


SomosArte LLC
280 Grand Street, 2nd Floor
Brooklyn, NY  11211


Steven Goldstein
2 Valley View Dr.
Woodcliff, NJ  07677


Willie Arredondo
102 Bradhurst Ave., Apt 106
New York, NY  10039

Wixi, Inc.
41 East 11th Street, 11th Floor
New York, NY  10002


Wolcott Architects
3859 Cardiff Ave.
Culver City, CA  90232


YouCast Corporation
611 Broadway, Suite 819
New York, NY  10012